Case 17-21819-JNP    Doc 27    Filed 11/02/17    Entered 11/02/17 13:22:15    Desc Imaged
Case 17-21819-JNP    Doc 30    Filed 11/02/17    Entered 11/06/17 00:32:29    Desc
Proposed Order Extension of Loss Mitigation    Page 1 of 2
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Joseph J. Rogers
Washington Professional Campus Suite I-4
900 Route 168
Turnersville, NJ 08012
(856) 228-7964
FAX (856) 228-7965

Order Filed on October 31, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Vicki A. Ardecki

Case No.: _____17-21819 JNP_____

Chapter: _____13_____

Judge: _____Poslusny_____

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 31, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 17-22140-JNP Doc 30 Filed 11/02/17 Entered 11/03/17 00:32:15 Desc Imaged
Certificate of Notice Page 2 of 3

Case 14-22140-JNP Doc 27 Filed 10/27/17 Entered 10/27/17 22:19:14 Desc Proposed Order Extension of Loss Mitigation Page 2 of 2

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____8/1/2017_____ :

Property:    30 Atlantic Avenue, Clayton, NJ 08312

Creditor:    Nationstar Mortgage, LLC

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by __Joseph J. Rogers, Esquire__, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____1/27/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-22140-JNP
Vicki A. Ardecki                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1           Date Rcvd: Oct 31, 2017
                              Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db           +Vicki A. Ardecki,    30 Atlantic Avenue,    Clayton, NJ 08312-1324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Vicki A. Ardecki jjresq@comcast.net,    jjresq1@comcast.net
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association, as Trustee, successor by merger
               to LaSalle Bank National Association, as Trustee for Merrill rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7