Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  17−22140−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vicki A. Ardecki
   aka Vicki Funnell Ardecki
   30 Atlantic Avenue
   Clayton, NJ 08312

Social Security No.:
   xxx−xx−9319

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/22/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 22, 2018
JAN: cmf

                                                                                            Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-22140-JNP
Vicki A. Ardecki                                                                Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jan 22, 2018
                              Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2018.
```
db              +Vicki A. Ardecki,    30 Atlantic Avenue,    Clayton, NJ 08312-1324
aty             +RAS Cintron,   130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
cr              +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
                  105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
lm              +Nationstar Mortgage, LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
cr              +U.S. Bank National Association,    Robertson, Anschutz, Schneid, P.L.,
                  6409 congress Ave., Suite 100,    Boca Raton, FL 33487-2853
516880404        Bank Of America Home Loans,    PO Box 941633,    Mail Stop CA6-919-01-41,
                  Simi Valley, CA 93094-1633
516880405       +Borough Of Clayton,    125 North Delsea Drive,    Clayton, NJ 08312-1698
516880406       +Comcast Cable,    PO BOx 3001,    Southeastern, PA 19398-3001
517111391        Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
517013818       +Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,    PO BOX 619094,    Dallas, TX 75261-9094
516880407       +RAS Citron LLC,    130 Clinton Road Suite 202,    Fairfield, NJ 07004-2927
516947596       +U.S. Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516880408       +US Bank National Association,    120 Corporate Blvd, Ste 100,    Portfolio Recvry&affil,
                  Norfolk, VA 23502-4952
517024212       +US Bank National Association,    Attn Nationstar Mortgage, LLC,    PO Box 619096,
                  Dallas, TX 75261-9096
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 22 2018 23:32:38      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 22 2018 23:32:34      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517108016        EDI: PRA.COM Jan 22 2018 22:58:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516881343       +EDI: RMSC.COM Jan 22 2018 22:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 4
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicing agent for U.S. Bank National Association, as Trustee, successor in interest to Bank of
               America, National Association, as Trustee, successor by mer cmecf@sternlav.com
              Joseph J. Rogers    on behalf of Debtor Vicki A. Ardecki jjresq@comcast.net,  jjresq1@comcast.net
              Kevin M. Buttery    on behalf of Creditor   U.S. Bank National Association bkyefile@rasflaw.com
              Laura E. Egerman    on behalf of Creditor   U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
```

```
District/off: 0312-1          User: admin             Page 2 of 2              Date Rcvd: Jan 22, 2018
                              Form ID: 148            Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association, as Trustee, successor by merger
               to LaSalle Bank National Association, as Trustee for Merrill rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```